**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ANDRES BRYAN BELLO BLANCO, )
)
Petitioner, )
)
v. ) Case No. CIV-26-1157-J
)
FRED FIGUEROA, et al., )
)
Respondents. )

**ORDER**

On August 17, 2026, Petitioner filed a Motion to Enforce Order [Doc. No. 21]. In light of the nature of the motion, the Court hereby SHORTENS Respondents' time to file their response to this motion and ORDERS Respondents to file their response by August 19, 2026. Additionally, any reply shall be filed by August 21, 2026.

IT IS SO ORDERED this 18th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE