**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ANDRES BRYAN BELLO BLANCO,<br><br>Petitioner,<br><br>v.<br><br>FRED FIGUEROA, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1157-J |

# <u>ORDER</u>

Before the Court is Petitioner's Motion to Enforce Order [Doc. No. 21]. This motion is based upon the automatic stay of the Immigration Judge's decision that occurred based upon Respondents' filing of their Form EOIR-43. On August 26, 2026, Respondents filed a Supplemental Status Report [Doc. No. 29], advising the Court that Petitioner has been released from ICE custody on bond. In light of Petitioner's release, the Court FINDS Petitioner's Motion to Enforce Order [Doc. No. 21] is now MOOT.

IT IS SO ORDERED this 31st day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE